# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., | 3:08-cv-0246-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants. | |
| ALICIA UHOUSE, et al., | 3:08-cv-0285-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
|     Defendants. | |
| BILL ADAMSON, et al., | 3:08-cv-0621-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
|     Defendant. | |

| | |
|---|---|
| LARRY J. MOORE, et al., | 3:09-cv-0167-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| JAMES ADGETT, et al., | 3:09-cv-0649-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| JUDY KROSHUS, et al., | 3:09-cv-0713-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| BILL ADAMSON, et al., | 3:09-cv-0715-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| JASON AMES, et al., | 3:10-cv-0463-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1  THE COURT ORDERS that a video conference hearing on Truckee Carson Irrigation
2  District's motion for mediation of all claims shall be conducted on September **15**, 2010, at
3  **1:00 PM**. The parties in the captioned cases shall be present in Reno, Nevada, in a Courtroom to
4  be designated later by minute order, and Judge Lloyd D. George shall preside from Las Vegas,
5  Nevada.
6  THE COURT DIRECTS that during the video conference hearing, the parties shall have an
7  opportunity to update the court on the status of <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG-
8  RAM, and <u>Uhouse v. United States Department of the Interior</u>, 3:08-cv-0285-LDG-RAM that may
9  affect the order granting class certification and appointing class counsel and the notice of
10 pendency of class action proposed by the plaintiffs on April 9, 2010.

12 DATED this **13TH** day of August, 2010.

Lloyd D. George
United States District Judge