# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

1

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | 3:09-cv-0713-LDG-RAM<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 3:09-cv-0715-LDG-RAM<br>(Adamson II) |
| JASON AMES, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 3:10-cv-0463-LDG-RAM |

In conformity with the subdivision of pending motions for oral arguments and rulings announced by the court in its order of March 16, 2011, and in the further interests of case management of this litigation,

THE COURT HEREBY ORDERS that the following motions are DENIED without prejudice subject to their reinstatement by the court in the due course of the aforementioned proceedings:

<u>Kroshus v. United States (Kroshus I)</u>, 3:08-cv-0246-LDG-RAM

> Defendant Greater Nevada Builders and Steven F. Campoy's renewed motion to dismiss for failure to timely effect service of the complaint and for failure to state a claim upon which relief can be granted (#447)

> Federal defendants' motion for summary judgment (#461)

<u>Uhouse v. Bureau of Reclamation</u>, 3:08-cv-0285-LDG-RAM

> Federal defendants' motion for summary judgment (#218)

<u>Moore v. United States</u>, 3:09-cv-0167-LDG-RAM

> Plaintiffs' motion for certification of class action and for appointment of class counsel (#68)

<u>Kroshus v. United States (Kroshus II)</u>, 3:09-cv-0713-LDG-RAM

> Defendant Crisp Development, Inc.'s motion to dismiss (#71)

> Defendants Greater Nevada Builders and Steven F. Campoy's motion to dismiss (#79)

> Defendant Truckee Carson Irrigation District and David P. Overvold's motion to dismiss (#83)

> Federal defendants' motion for summary judgment (#112)

THE COURT FURTHER ORDERS that, as previously indicated in the October 21, 2010, hearing, defendant Truckee Carson Irrigation District's pending motion for mediation in <u>Kroshus v. United States (Kroshus I)</u> (#495), 3:09-cv-0713-LDG-RAM is GRANTED.

/ / /

/ / /

3

THE COURT FURTHER ORDERS that plaintiffs' motion to exceed local rule 7-4 page limitation in <u>Adgett v. United States</u>, 3:09-cv-0649-LDG-RAM (#34) is GRANTED.

DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge