1

2

3

4       **UNITED STATES DISTRICT COURT**

5       **DISTRICT OF NEVADA**

6

7

8

9

10

11

| | |
|---|---|
| ALICIA UHOUSE, et al., | 3:08-cv-0285-LDG-RAM |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |
| BILL ADAMSON, et al., | 3:08-cv-0621-LDG-RAM (Adamson I) |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| LARRY J. MOORE, et al., | 3:09-cv-0167-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

| | |
|---|---|
| JAMES ADGETT, et al., | 3:09-cv-0649-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| BILL ADAMSON, et al., | 3:09-cv-0715-LDG-RAM (Adamson II) |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| JASON AMES, et al., | 3:10-cv-0463-LDG-RAM |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

2

In conformity with the previously announced subdivision of pending motions, and in the further interests of case management of this litigation,

THE COURT HEREBY ORDERS that the following motions are DENIED without prejudice subject to their reinstatement by the court in the due course of the aforementioned proceedings:

Uhouse v. Bureau of Reclamation, 3:08-cv-0285-LDG

   Plaintiffs' motion to reconsider the magistrate judge's order denying plaintiffs' motion to enforce settlement (#428)

Adamson v. United States, 3:08-cv-0621-LDG

   Motion for summary judgment as to ten specific claims (#212)

Moore v. United States, 3:09-cv-0167-LDG

   Motion to set date for trial (#215)

Adgett v. United States, 3:09-cv-0649-LDG

   Motion for summary judgment as to ten specific claims (#147)

   Motion to set a date for trial (#157)

Adamson v. United States, 3:09-cv-0715-LDG

   Motion for summary judgment as to ten specific claims (#149)

   Renewed motion to dismiss claims of 168 enumerated plaintiffs as untimely (#166)

Ames v. United States, 3:10-cv-0463-LDG

   Motion to set a date for trial (#108)

DATED this ____ day of March, 2013.

_____
Lloyd D. George
United States District Judge

3